**Order entered April 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01508-CV

### SUSAN C. SERVIN, Appellant

### V.

### STEVE SERVIN, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-02365-E**

## ORDER

Before the Court is appellee Steve Servin's unopposed motion for an extension of time in which to file appellee's brief. The motion is **GRANTED.** Appellee's brief is due **on or before April 26, 2016**.

/s/     ELIZABETH LANG-MIERS
PRESIDING JUSTICE